UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

TONY CLINGINGS,                                      Civil No. 09-194-HA

    Plaintiff,                                             ORDER

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

HAGGERTY, District Judge:

    Plaintiff was the prevailing party in this action and his counsel seeks a supplemental award of attorney fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. This court concludes that plaintiff's counsel's Supplemental Application for Fees [35] is granted as follows: it is ordered that attorney Tim Wilborn be paid $847.97.

    IT IS SO ORDERED.

    DATED this 29th day of November, 2010.

                                                  /s/ Ancer L. Haggerty
                                                      Ancer L. Haggerty
                                               United States District Judge

1 -- ORDER